UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINNACLE BROKERS INSURANCE SOLUTIONS LLC, et al.,<br><br>              Plaintiffs,<br><br>         v.<br><br>SENTINEL INSURANCE COMPANY, LTD.,<br><br>              Defendant. | Case No.  15-cv-02976-JST<br><br>**ORDER**<br><br>Re: ECF No. 12 |

Defendant Sentinel Insurance Company, Ltd. filed a Motion to Dismiss on June 30, 2015. ECF No. 8.  In its opposition to that motion, Plaintiffs Pinnacle Brokers Insurance Solutions, LLC, Aladina Beth Capaccioli, and Susan Sanguinetti request that the Court convert Sentinel's Rule 12(b)(6) motion into a Rule 56 motion and hear it concurrently with Plaintiffs' Motion for Partial Summary Judgment, which is scheduled for hearing on August 27, 2015.  ECF No. 12 at 3-4. Defendant opposes this request.  ECF No. 14 at 10-12.

Although not filed as such, the Court construes Pinnacle's request as an administrative motion to continue the August 6, 2015, hearing on Defendant's motion to dismiss to coincide with the August 27, 2015, hearing on Plaintiffs' motion for summary judgment.  That request, and the concurrent request to convert the motion to a summary judgment motion, are denied.

IT IS SO ORDERED.

Dated:  July 23, 2015

_____
JON S. TIGAR
United States District Judge