United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINNACLE BROKERS INSURANCE SOLUTIONS LLC, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SENTINEL INSURANCE COMPANY, LTD.,<br><br>　　　　Defendant. | Case No.  15-cv-02976-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 13 |

Before the Court is Plaintiffs' Motion for Partial Summary Judgment. ECF No. 13. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for August 27, 2015, is hereby vacated.

IT IS SO ORDERED.

Dated: August 18, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge